THE CHRISTOPHER AND TENTH STREET RAIL-ROAD COMPANY, RESPONDENT, *v.* THE CENTRAL CROSS-TOWN RAILROAD COMPANY OF NEW YORK, APPELLANT.

*Chapters 160 and 301 of 1873 — injunction — who may apply for.*

Chapter 160, Laws of 1873, confers upon the corporation thereby created the right to extend its tracks to the North river at the foot of Christopher street.

Chapter 301, Laws of 1873, did not confer upon the plaintiff any exclusive rights, nor did it confer upon it the power or duty of interfering to protect the public interest either in behalf of the city or of the general public. If the defendant had no right to run its tracks to the foot of Christopher street, the public alone could interfere to restrain it by injunction, unless the defendant had actually interfered with the tracks of the plaintiff at that point, or was about to do so.

APPEAL from an order made at the Special Term, making absolute a temporary injunction granted in this action.

*Simon Sterne,* for the appellant.

*John M. Scribner, Jr.,* for the respondent.

Opinions by DAVIS, P. J., and BRADY, J.

DANIELS, J., concurred with DAVIS, P. J.

Order reversed with ten dollars costs, besides disbursements; and motion below denied with ten dollars costs.